| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Michelle Labayen (ML2960)<br>Law Office of Michelle Labayen<br>24 Commerce Street<br>Suite 1300<br>Newark, NJ 07102<br>973-622-1584<br>Email: michelle@labayenlaw.com | Case No.: 21-15449<br><br>Chapter: 13 |
| In Re:<br><br>Alba Hernandez | Adv. No.:<br><br>Hearing Date:<br><br>Judge: Vincent F. Papalia |

### CERTIFICATION OF SERVICE

1. I, __Silvia Pereyra__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __Law Office of Michelle Labayen__, who represents __debtor__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __11/19/2021__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Application for Extension of Loss Mitigation Period and Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __11/19/2021__                     /s/ Silvia Pereyra
                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Bankruptcy Court<br>Martin Luther King, Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 | Court | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| SN Servicing Corporation<br>c/o Robin P. Arkley, CEO<br>323 5th Street<br>Eureka, CA 95501 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group PC<br>c/o Richard P. Abel, Esq.<br>216 Haddon Avenue<br>Westmont, NJ 08108 | Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |