Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−15449−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alba Hernandez
   fka Alba Ordonez, fka Alba Luz Hernandez
   79 Jasper Street
   Paterson, NJ 07522

Social Security No.:
   xxx−xx−5599

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/21/22 at 10:00 AM

to consider and act upon the following:

*41* − Motion to Approve Loan Modification with 8.Blue Castle (Cayman) Ltd. c/o FCI Lender Services, Inc. Filed by Michelle Labayen on behalf of Alba Hernandez. Objection deadline is 04/12/2022. (Attachments: # 1 Certification # 2 Proposed Order) (Labayen, Michelle)

*43* − Objection to Debtor(s) Motion to Approve Loan Modification (related document:41 Motion to Approve Loan Modification with 8.Blue Castle (Cayman) Ltd. c/o FCI Lender Services, Inc. Filed by Michelle Labayen on behalf of Alba Hernandez. Objection deadline is 04/12/2022. (Attachments: # 1 Certification # 2 Proposed Order) filed by Debtor Alba Hernandez) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 3/31/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court