Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 21−15449−VFP
          Chapter: 13
          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alba Hernandez
   fka Alba Ordonez, fka Alba Luz Hernandez
   79 Jasper Street
   Paterson, NJ 07522

Social Security No.:
   xxx−xx−5599

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/21/22 at 10:00 AM

to consider and act upon the following:

*41* − Motion to Approve Loan Modification with 8.Blue Castle (Cayman) Ltd. c/o FCI Lender Services, Inc. Filed by Michelle Labayen on behalf of Alba Hernandez. Objection deadline is 04/12/2022. (Attachments: # 1 Certification # 2 Proposed Order) (Labayen, Michelle)

*43* − Objection to Debtor(s) Motion to Approve Loan Modification (related document:41 Motion to Approve Loan Modification with 8.Blue Castle (Cayman) Ltd. c/o FCI Lender Services, Inc. Filed by Michelle Labayen on behalf of Alba Hernandez. Objection deadline is 04/12/2022. (Attachments: # 1 Certification # 2 Proposed Order) filed by Debtor Alba Hernandez) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 3/31/22

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-15449-VFP |
| Alba Hernandez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 31, 2022 | Form ID: ntchrgbk | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alba Hernandez, 79 Jasper Street, Paterson, NJ 07522-1946 |
| cr | + | Blue Castle (Cayman) Ltd., 450 Seventh Avenue, New York, NY 10123-0101 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2022           Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2022 at the address(es) listed below:**

**Name**    **Email Address**

Danielle Paula Light
    on behalf of Creditor Blue Castle (Cayman) Ltd. dlight@hasbanilight.com

Denise E. Carlon
    on behalf of Creditor HOME INVESTMENT FUND VI LP dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Michelle Labayen
    on behalf of Debtor Alba Hernandez michelle@labayenlaw.com  stephanieM@labayenlaw.com;laurie@labayenlaw.com

Peter Y. Roh
    on behalf of Creditor HOME INVESTMENT FUND VI LP proh@hasbanilight.com

U.S. Trustee

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 31, 2022 | Form ID: ntchrgbk | Total Noticed: 2

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6