Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  21−15449−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alba Hernandez
   fka Alba Ordonez, fka Alba Luz Hernandez
   79 Jasper Street
   Paterson, NJ 07522

Social Security No.:
   xxx−xx−5599

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/23/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 23, 2022
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-15449-VFP |
| Alba Hernandez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 23, 2022 | Form ID: 148 | Total Noticed: 21 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alba Hernandez, 79 Jasper Street, Paterson, NJ 07522-1946 |
| cr | + | Blue Castle (Cayman) Ltd., 450 Seventh Avenue, New York, NY 10123-0101 |
| 519538297 | + | Blue Castle (Cayman) Ltd., C/o Hasbani & Light, 450 Seventh Avenue, Suite 1408, New York, New York 10123-1408 |
| 519538298 | + | Blue Castle (Cayman) Ltd., C/o Hasbani & Light, 450 Seventh Avenue, Suite 1408, New York, New York 10123, Blue Castle (Cayman) Ltd. C/o Hasbani & Light 10123-1408 |
| 519253844 | + | C Tech Collection, Inc, Attn: Bankruptcy Department, 5505 Nesconset Hwy, Suite 200, Mount Sinai, NY 11766-2026 |
| 519253846 | + | Equifax, POB 740241, Atlanta, GA 30374-0241 |
| 519253847 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519253848 | + | Imaging Subspecialist of North Jersey LC, PO Box 3607, Evansville, IN 47735-3607 |
| 519267813 | + | NAPA of New Jersey, C. Tech Collections, Inc., 5505 Nesconset Hwy - Ste. 200, Mt. Sinai, NY 11766-2026 |
| 519253854 | + | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519253851 | + | Passaic County Sheriff's Office, 435 hamburg turnpike, Wayne, NJ 07470-2067 |
| 519253856 | + | State of New Jersey, Deptartment of Taxation, P.O. Box 448, Trenton, NJ 08646-0448 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 23 2022 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 23 2022 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519253843 | | Email/Text: ebn@americollect.com | May 23 2022 20:33:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 519253845 | + | Email/Text: bankruptcy.notifications@fisglobal.com | May 23 2022 20:34:00 | Chex System, 7805 Hudson Road, suite 100, Saint Paul, MN 55125-1703 |
| 519253846 | ^ | MEBN | May 23 2022 20:31:27 | Equifax, POB 740241, Atlanta, GA 30374-0241 |
| 519253847 | ^ | MEBN | May 23 2022 20:32:09 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519253849 | + | EDI: IRS.COM | May 24 2022 00:38:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519253853 | | Email/Text: Bankruptcy.Notices@pnc.com | May 23 2022 20:33:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 519253854 | ^ | MEBN | May 23 2022 20:32:07 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |

| 519253852 | + Email/Text: cvozzella@pvwc.com | | | |
|---|---|---|---|---|
| | | May 23 2022 20:33:00 | Passaic Valley Water Commision, Po Box 11393, Newark, NJ 07101-4393 |
| 519253855 | Email/Text: bknotices@snsc.com | | | |
| | | May 23 2022 20:34:00 | Sn Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 519253857 | Email/Text: DASPUBREC@transunion.com | | | |
| | | May 23 2022 20:33:00 | TransUnion, 555 W. Adams Street, Chicago, IL 60661 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519303546 | *P++ | SN SERVICING CORPORATION, 323 FIFTH ST, EUREKA CA 95501-0305, address filed with court:, SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 519253850 | ##+ | KML Law Group PC, 216 Haddon Avenue, ste 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Danielle Paula Light | on behalf of Creditor Blue Castle (Cayman) Ltd. dlight@hasbanilight.com |
| Denise E. Carlon | on behalf of Creditor HOME INVESTMENT FUND VI LP dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michelle Labayen | on behalf of Debtor Alba Hernandez michelle@labayenlaw.com  stephanieM@labayenlaw.com;monica@labayenlaw.com |
| Peter Y. Roh | on behalf of Creditor HOME INVESTMENT FUND VI LP proh@meyner.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6